■ In the Matter of ERIC MANN, Petitioner, v TOWN OF MONROE et al., Respondents. [767 NYS2d 924]—Proceeding pursuant to CPLR article 78 to review a determination of the Town of Monroe dated June 14, 2002, which adopted the recommendation of a Hearing Officer, made after a hearing, finding the petitioner guilty of charges of misconduct, and terminated his employment as a mechanic for the Town of Monroe Highway Department.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The review of administrative determinations in employee disciplinary cases made as a result of a hearing required by Civil Service Law § 75 is limited to a consideration of whether the determination is supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176 [1978]). Here, the determination is supported by substantial evidence. In addition, the penalty of termination imposed as a result of the administrative hearing does not shock the conscience of the Court (*see Matter of Pell v Board of Educ.,* 34 NY2d 222 [1974]). Ritter, J.P., Florio, Friedmann and H. Miller, JJ., concur.